UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALFREDO VILLOLDO, individually, and GUSTAVO E. VILLOLDO, individually, and as Administrator, Executor, and Personal Representative of the ESTATE OF GUSTAVO VILLOLDO ARGILAGOS,<br><br>        Plaintiffs,<br><br>    v.<br><br>FIDEL CASTRO RUZ, as an individual, and as an official, employee, or agent of The Republic of Cuba, RAUL CASTRO RUZ, as an individual, and as an official, employee, or agent of The Republic of Cuba, THE MINISTRY OF INTERIOR, an agency or instrumentality of The Republic of Cuba, THE ARMY OF THE REPUBLIC OF CUBA, an agency or instrumentality of The Republic of Cuba, and THE REPUBLIC OF CUBA, a foreign state,<br><br>        Defendants, | Misc. No. 13-136 (KSH) |

**ORDER GRANTING MOTION FOR ENTRY OF ORDER FINDING SUFFICIENT TIME HAS PASSED TO SEEK ATTACHMENT AND EXECUTION AND AUTHORIZING ATTACHMENT OF DEFENDANTS/JUDGMENT-DEBTORS' ASSETS WITHIN THIS JURISDICTION PURSUANT TO 28 U.S.C. § 1610(c)**

AND NOW, this 14th day of February, 2014, upon Plaintiffs' Motion for Entry of Order Finding Sufficient Time has Passed to Seek Attachment and Execution and Authorizing Attachment of Defendants/Judgment-Debtors' Assets Within This Jurisdiction Pursuant to 28 U.S.C. § 1610(c) (the "Motion"), the Motion is GRANTED. The Court hereby concludes that, under 28 U.S.C. § 1610(c), all conditions precedent to the Plaintiffs' request to attach and execute against blocked assets of the Defendants have been met, including providing proper notification

1

of the default judgment to the Defendants, pursuant to 28 U.S.C. § 1608(e), and that, for the purposes of attachment and execution, a reasonable period of time has elapsed following the entry of judgment and the giving of notice to the Defendants.  The Plaintiffs are hereby authorized to seek attachment of frozen assets located within this jurisdiction using post-judgment enforcement procedures.

BY THE COURT:


 /s/ Katharine S. Hayden

United States District Judge