## JACOB SINGER & ASSOC
1375 BROADWAY, SUITE 600
New York, NY  10018
**AGENCY AFFIDAVIT**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

ALFREDO VILLOLDO, ET AL.

VS.                                    INDEX# 2:13-MC-00136-KSH
FIDEL CASTRO RUZ, ET AL.

State of New York, County of New York,SS:

   **JACK JOHNSON**, being duly sworn deposes and says that deponent is over the age of eighteen years: Is not a party to this action and is a resident of New York State. On **SEPTEMBER 5/2014 AT 2:15P.M. at: HARBORCIDE FINANCIAL CENTER PLAZA 10, SUITE 1401**
**3 SECOND STREET**
**JERSEY CITY, N.J. 07311** Deponent served the annexed: **PETITION FOR TURNOVER OF FUNDS** on
  **THE NORTHERN TRUST INTERNATIONAL BANKING CORP.** by delivering thereat a true copy to **NORMA MONTALVO (CONTROL DEPT.)** personally. At the time of service NORMA MONTALVO (CONTROL DEPT.) indicated to deponent that he/she was authorized to accept service on behalf of THE NORTHERN TRUST INTERNATIONAL BANKING CORP..

   Deponent describes the individual served as follows:
      Sex/Race(skin color): FEMALE/ LIGHT BROWN
      Hair/Approximate Age: LIGHT BROWN/ 40-45 YRS.
      Approximate Height/Approximate Weight: 5'2"/145 LBS.

JACK JOHNSON
# 1181702

1/PS 9.14 -14
sworn to before me on 9/5/2014