Matthew E. Moloshok
HELLRING LINDEMAN GOLDSTEIN & SIEGAL LLP
One Gateway Center - 8th Floor
Newark, New Jersey 07102-5386
(973) 621-9020
mmoloshok@hlgslaw.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ALFREDO VILLODO, et al., | : | |
| Plaintiffs/Petitioners | : | Case No. 2:13-mc-0136-KSH |
| v. | : | |
| FIDEL CASTRO RUZ, et al., | : | |
| Defendants, | : | |
| v. | : | |
| THE NORTHERN TRUST INTERNATIONAL BANKING CORPORATION, | : | |
| Respondent. | : | |
| | : | |

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that the undersigned hereby enters their appearance as counsel for Respondent The Northern Trust International Banking Corporation, and demands that all pleadings and papers filed in the action be served upon him.

      HELLRING LINDEMAN GOLDSTEIN
        & SIEGAL LLP

      By:  s/ Matthew E. Moloshok
          MATTHEW E. MOLOSHOK
          Attorneys for Respondent

Dated:  Newark, New Jersey
          September 19, 2014