Matthew E. Moloshok
HELLRING LINDEMAN GOLDSTEIN & SIEGAL LLP
One Gateway Center - 8th Floor
Newark, New Jersey 07102-5386
(973) 621-9020
mmoloshok@hlgslaw.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ALFREDO VILLODO, et al., | : | |
| Plaintiffs/Petitioners | : | Case No. 2:13-mc-0136-KSH |
| v. | : | |
| FIDEL CASTRO RUZ, et al., | : | |
| Defendants, | : | |
| v. | : | |
| THE NORTHERN TRUST INTERNATIONAL BANKING CORPORATION, | : | |
| | : | |
| Respondent. | : | |
| | : | |

**APPLICATION FOR EXTENSION OF TIME TO
ANSWER, MOVE, OR OTHERWISE REPLY
[Local Civil Rule 6.1(b)]**

Application is hereby made for a Clerk's Order extending the time within which Respondent, The Northern Trust International Banking Corporation, may answer, move, or otherwise reply to Petition for Turnover of Funds filed by plaintiff(s) herein and it is represented that:

1. No previous extension has been obtained;

2. Service of the Petition was effected on or about September 5, 2014 ; and

3. Time to Answer, Move or otherwise Reply expires on September 26, 2014.

Dated: Newark, New Jersey
      September 19, 2014

HELLRING LINDEMAN GOLDSTEIN<br>& SIEGAL LLP

By:   s/ Matthew E. Moloshok        
            MATTHEW E. MOLOSHOK
            Attorney for Respondent

Address:      Hellring Lindeman Goldstein & Siegal LLP
              One Gateway Center, 8th Floor
              Newark, New Jersey 07102-5386
              (973) 621-9020
              mmoloshok@hlgslaw.com

ORDER

The above application is ORDERED GRANTED extended to _____.

ORDER DATED:

                  WILLIAM T. WALSH, Clerk

                  By: _____
                      Deputy Clerk