Matthew E. Moloshok
HELLRING LINDEMAN GOLDSTEIN & SIEGAL LLP
One Gateway Center - 8th Floor
Newark, New Jersey 07102-5386
(973) 621-9020
rsraymar@hlgslaw.com
mmoloshok@hlgslaw.com
Attorneys for Respondent, The Northern Trust
International Banking Corporation

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ALFREDO VILLOLDO, et al., | : | |
| Plaintiffs/Petitioners | : | Case No. 2:13-mc-0136-KSH |
| v. | : | |
| FIDEL CASTRO RUZ, et al., | : | |
| Defendants, | : | |
| v. | : | |
| THE NORTHERN TRUST INTERNATIONAL BANKING CORPORATION, | : | |
| | : | |
| Respondent. | | |

DISCLOSURE STATEMENT OF RESPONDENT, THE NORTHERN TRUST INTERNATIONAL BANKING CORPORATION PURSANT TO FED.R.CIV.P. 7.1

Respondent, The Northern Trust International Banking Corporation, by its undersigned counsel states, pursuant to Fed.R.Civ.P. 7.1:

1. The Northern Trust International Banking Corporation ("TNTIBC") is a wholly owned subsidiary of The Northern Trust Company, an Illinois banking corporation ("Bank").  The Bank is a wholly owned subsidiary of Northern Trust Corporation, a publicly held bank holding company and financial holding company incorporated under the laws of Delaware ("Northern Trust").

2.  No publicly held corporation directly owns any of the stock of TNTIBC.  As an indirect owner, Northern Trust is the only publicly held corporation that owns more than 10% of the stock in TNTIBC.

3.  To the best of TNTIBC's, the Bank's and Northern Trust's knowledge, information and belief, based on reports filed with the Securities & Exchange Commission, no person, entity or publicly held corporation owns more than 10% of the stock in Northern Trust.

HELLRING LINDEMAN GOLDSTEIN & SIEGAL LLP
*Attorneys for Respondent, The Northern Trust International Banking Corporation.*

By:   s/ Matthew E. Moloshok
      Matthew E. Moloshok
      A Member of the Firm

Dated:   Newark, New Jersey
         September 26, 2014