## HLGS Hellring Lindeman Goldstein & Siegal LLP
### COUNSELLORS AT LAW

BERNARD HELLRING (1916-1991)
JOEL D. SIEGAL Δ
JONATHAN L. GOLDSTEIN  Δ  +
MICHAEL EDELSON
MARGARET DEE HELLRING  Δ
CHARLES ORANSKY  Δ
RICHARD B. HONIG  Δ
RICHARD K. COPLON  Δ
ROBERT S. RAYMAR  Δ
STEPHEN L. DREYFUSS  Δ
PATRICIA A. STAIANO
JOHN A. ADLER  Δ
JUDAH I. ELSTEIN  Δ
BRUCE S. ETTERMAN  Δ
MATTHEW E. MOLOSHOK  Δ
DAVID N. NARCISO  Δ
ROBERT B. ROSEN  Δ
SHERYL E. KOOMER
RONNIE F. LIEBOWITZ
LISA P. PARKER
JOSEPH H. TRINGALI  Δ  +
CHRISTY L. SAALFELD  Δ
CORINNE B. MALONEY

Δ  NJ & NY    + FL

ONE GATEWAY CENTER
NEWARK, NEW JERSEY 07102-5323
T: +1.973.621.9020   |   F: +1.973.621.7406

www.hlgslaw.com

DAVID LANDAU
OF COUNSEL

PHILIP LINDEMAN II (1925-2011)
RICHARD D. SHAPIRO (1944-2011)

April 7, 2016

**Via ECF**

Hon. Cathy Waldor, U.S.M.J.
United States District Court
M L King Jr. Fed. Bldg. & Courthouse
50 Walnut Street, Room #4040
Newark, NJ 07101

Re:     Villoldo v. Castro Ruz
        Case 2:13-mc-00136-KSH-CLW

Dear Magistrate Judge Waldor:

We represent The Northern Trust International Banking Corporation (TNTIBC), which is named as a third-party respondent in the above captioned miscellaneous case.

Insofar as the case relates to TNTIBC, the plaintiffs filed a petition for turnover in September 2014 (ECF 4). Their petition asserts that TNTIBC held assets "of" the defendants that plaintiffs claim are subject to turnover in satisfaction of a judgment that the plaintiffs hold against the defendants.  TNTIBC filed opposition to the turnover petition in October 2014 (ECF 12).

Your Honor held a status conference the matter on April 21, 2015. We have had no communication from the plaintiff/applicant since the conference.

**HL GS  Hellring Lindeman Goldstein & Siegal LLP**

Hon. Cathy Waldor, U.S.M.J.                  - 2 -                                    April 7, 2016

Respectfully yours,

/s/ Matthew E. Moloshok

MEM:st

All Counsel (via ECF)

64519