## Hellring Lindeman Goldstein & Siegal LLP
COUNSELLORS AT LAW

BERNARD HELLRING (1916-1991)
JOEL D. SIEGAL ∆
JONATHAN L. GOLDSTEIN ∆ +
MICHAEL EDELSON
MARGARET DEE HELLRING ∆
CHARLES ORANSKY ∆
RICHARD B. HONIG ∆
RICHARD K. COPLON ∆
ROBERT S. RAYMAR ∆
STEPHEN L. DREYFUSS ∆
PATRICIA A. STAIANO
JOHN A. ADLER ∆
JUDAH I. ELSTEIN ∆
BRUCE S. ETTERMAN ∆
MATTHEW E. MOLOSHOK ∆
DAVID N. NARCISO ∆
ROBERT B. ROSEN ∆
SHERYL E. KOOMER
RONNIE F. LIEBOWITZ
LISA P. PARKER
JOSEPH H. TRINGALI ∆ +
CHRISTY L. SAALFELD ∆
CORINNE B. MALONEY

∆  NJ & NY   + FL

ONE GATEWAY CENTER
NEWARK, NEW JERSEY 07102-5323
T: +1.973.621.9020  |  F: +1.973.621.7406

www.hlgslaw.com

DAVID LANDAU
OF COUNSEL

PHILIP LINDEMAN II (1925-2011)
RICHARD D. SHAPIRO (1944-2011)

August 11, 2016

**Via ECF**

Hon. Cathy L. Waldor, U.S.M.J.
United States District Court
M L King Jr. Fed. Bldg. & Courthouse
50 Walnut Street, Room #4040
Newark, NJ 07101

Re:  *Villoldo v. Castro Ruz* -- Case 2:13-mc-00136-KSH-CLW
<u>Telephone Status Conf. -- Aug. 23, 2016 at 1:30 p.m. -- adjournment request on consent</u>

Dear Magistrate Judge Waldor:

I am one of the attorneys for The Northern Trust International Banking Corporation (TNTIBC), named in this matter as a third-party respondent. The Court has scheduled for a telephone status conference on Tuesday, August 23, 2016 at 1:30 p.m.

I respectfully request that the conference be adjourned, so I may drive my daughter back to college in Canada in time for the start of her fall term.

I have spoken with Roarke Maxwell, Esq., who represents the Plaintiff and he consents. (There is no appearance for defendant Castro Ruz.)

I had suggested to Mr. Maxwell the following potential adjourned dates -- August 25 and 26, or any day the following week (other than August 30 when I have an in person court appearance elsewhere), if convenient for the Court.

**Hellring Lindeman Goldstein & Siegal** LLP

Hon. Cathy L. Waldor, U.S.M.J.  - 2 -  August 11, 2016

    I thank Mr. Maxwell for his consent, and the Court for its consideration of this adjournment request.

                    Respectfully yours,

                    /s/ Matthew E. Moloshok

MEM:st

cc:    All Counsel (via ECF)
       Roarke Maxwell, Esq. (by email)
       Nicole Bergstrom, Esq. (by email)

64519